```
STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    FAX: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SREEJA MOHANTY,<br><br>   Plaintiff,<br><br>  v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>   Defendants. | C 4:22-cv-04658 DMR<br><br>**STIPULATION TO EXTEND TIME WITHIN WHICH DEFENDANTS MUST FILE A RESPONSE AND ORDER** |

  Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate to an extension of time within which the Defendants must serve the answer or otherwise respond in the above-entitled action. Defendants will file their response on or before December 2, 2022.

  The parties further request a corresponding extension on the deadline for filing a summary judgment motion under the Court's Immigration Mandamus Procedural Order. Currently, if Plaintiff has not filed a motion for summary judgment by 90 days after the Complaint was filed, or November 10, 2022, Defendants must file a motion for summary judgment by 120 days after the Complaint was served, or December 16, 2022. In light of the agreed-upon extension for Defendants' response to the Complaint, the parties request that, if Plaintiff has not filed a motion for summary judgment by January

Stip to Extend Time
C 4:22-cv-04658 DMR

3, 2023, Defendants must file their motion for summary judgment by February 2, 2023.  In accordance with Civil Local Rule 5(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Dated: October 14, 2022                    Respectfully submitted,

                                         STEPHANIE M. HINDS
                                         United States Attorney

                                          /s/ Elizabeth D. Kurlan
                                         ELIZABETH D. KURLAN
                                         Assistant United States Attorney
                                         Attorneys for Defendants

Dated: October 14, 2022

                                          /s/ Christina Sullivan
                                         CHRISTINA SULLIVAN
                                         Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.  Defendants' response to the Complaint is due by December 2, 2022, and Defendants must file their motion for summary judgment by February 2, 2023.

Date:   October 17, 2022

                                         DONNA M. RYU
                                         United States Magistrate Judge

Stip to Extend Time
C 4:22-cv-04658 DMR